| Fill in this information to identify your case: |
| --- |
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF CALIFORNIA |
| Case number *(if known)* _____ Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Hidden Glen, LLC |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 81-3851095 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**  **4014 Royal Arch Court**  **Concord, CA 94519**  Number, Street, City, State & ZIP Code  **Contra Costa**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  **3225 and 3223 Clayton Rd Concord, CA 94519**  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | |

| Debtor | **Hidden Glen, LLC** | Case number (*if known*) _____ |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No
☐ Yes.

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ | When _____ | Case number, if known _____ |

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 2

| Debtor | **Hidden Glen, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
Contact name _____
Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Case: 20-41767   Doc# 1   Filed: 11/09/20   Entered: 11/09/20 15:04:45   Page 3 of 10
Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page 3

| Debtor | Hidden Glen, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **11/09/2020**
MM / DD / YYYY

**X** **/s/ Kevin G. Hunter**                                    **Kevin G. Hunter**
Signature of authorized representative of debtor                 Printed name

Title  **Member**

**18. Signature of attorney**

**X** **/s/ Chris Kuhner**                                       Date  **11/09/2020**
Signature of attorney for debtor                                       MM / DD / YYYY

**Chris Kuhner 173291**
Printed name

**Kornfield, Nyberg, Bendes, Kuhner & Little P.C.**
Firm name

**1970 Broadway, Ste 600**
**Oakland, CA 94612**
Number, Street, City, State & ZIP Code

Contact phone  **510-763-1000**    Email address

**173291 CA**
Bar number and State

| | | | | |
|---|---|---|---|---|
| Fill in this information to identify the case: | | | | ☐ Check if this is an amended filing |
| Debtor name | Hidden Glen, LLC | | | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA | | | |
| Case number (if known): | | | | |

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Cornerstone Earth Group<br>1220 Oakland Blvd, #220<br>Walnut Creek, CA 94596 | | | | | | $3,714.06 |
| Dino's Concrete, Inc.<br>c/o The Williams Firm<br>Douglas Poulin<br>1850 Mt. Diablo Blvd, Ste 340<br>Walnut Creek, CA 94596 | | Supplies | | | | $10,000.00 |
| Isreal and Samuels, LLP<br>1615 Bonanza St, Ste 305<br>Walnut Creek, CA 94596 | | Legal fees | | | | $1,944.00 |
| PG & E<br>P.O. Box 99730<br>Sacramento, CA 95899 | | 8683432041-7, 6876834144-5 Utilities | | | | $424.57 |
| Rony Joseph<br>26 Autum Trail Lane<br>Walnut Creek, CA 94596 | | | | | | $4,188.05 |
| Roscha & Odne, LLP<br>2300 Clayton Road, #500<br>Concord, CA 94520 | | Legal fees | | | | $3,142.50 |

| Debtor | Hidden Glen, LLC | | Case number *(if known)* | | | |
|---|---|---|---|---|---|---|

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **United Contractor's Inc**<br>**c/o Mail Center**<br>**9450 SW Gemini Dr, #7790**<br>**Beaverton, OR 97008-7105** | | **3225 Clayton Road, Concord, CA 94521-construction completed, value $1,350,000 3223 Clayton Road, Concond, CA 94521-construction ongoing-when comple** | **Disputed** | **$612,829.07** | **$2,600,000.00** | **$62,686.67** |
| **United Contractors Inc.**<br>**c/o Ernest Brown**<br>**Ernest Brown & Company**<br>**244 California St, #200**<br>**San Francisco, CA 94111** | | **Contractor** | **Disputed** | | | **$1,277,853.02** |

Chris Kuhner
Kornfield, Nyberg, Bendes, Kuhner & Little P.C.
1970 Broadway, Ste 600
Oakland, CA 94612


Hidden Glen, LLC
4014 Royal Arch Court
Concord, CA 94519


Cash Payne
c/o Dawn Ceizler
Law Offices of Dawn Ceizler
165 Lennon Lane, Ste 101
Walnut Creek, CA 94598


Cash Payne
1251 Stone Valley Rd
Alamo, CA 94507


Contra Costa County Tax Collector
PO Box 631
Martinez, CA 94553


Cornerstone Earth Group
1220 Oakland Blvd, #220
Walnut Creek, CA 94596


Dino's Concrete, Inc.
c/o The Williams Firm
Douglas Poulin
1850 Mt. Diablo Blvd, Ste 340
Walnut Creek, CA 94596


Dino's Concrete, Inc.
561 Mendota St
Brentwood, CA 94513

Franchise Tax Board
Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95827-2952


Golden State Foreclosure
165 W. Hospitality Lane, #1
San Bernardino, CA 92408


Internal Revenue Service
Insolvency Remittance
PO Box 7346
Philadelphia, PA 19101-7346


Isreal and Samuels, LLP
1615 Bonanza St, Ste 305
Walnut Creek, CA 94596


Kevin Hunter
4014 Royal Arch Court
Concord, CA 94519


Lois Mowat
19 Bates Blvd
Orinda, CA 94563


LTV Private Equity Loan
75280 Highway 111, #101
Indian Wells, CA 92210


PG & E
P.O. Box 99730
Sacramento, CA 95899

Real Estate Financing
19 Bates Blvd
Orinda, CA 94563



Rony Joseph
26 Autum Trail Lane
Walnut Creek, CA 94596



Roscha & Odne, LLP
2300 Clayton Road, #500
Concord, CA 94520



United Contractor's Inc
c/o Mail Center
9450 SW Gemini Dr, #7790
Beaverton, OR 97008-7105



United Contractor's Inc.
25a Crescent Circle, #157
Pleasant Hill, CA 94523



United Contractors Inc.
c/o Ernest Brown
Ernest Brown & Company
244 California St, #200
San Francisco, CA 94111

# United States Bankruptcy Court
## Northern District of California

In re **Hidden Glen, LLC**                                        Case No.
                    Debtor(s)                                     Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Hidden Glen, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **11/09/2020** | **/s/ Chris Kuhner** |
| Date | **Chris Kuhner 173291** |
| | Signature of Attorney or Litigant |
| | Counsel for **Hidden Glen, LLC** |
| | **Kornfield, Nyberg, Bendes, Kuhner & Little P.C.** |
| | **1970 Broadway, Ste 600** |
| | **Oakland, CA 94612** |
| | **510-763-1000 Fax:510-273-8669** |