United States Bankruptcy Court
Northern District of California

In re:                                                                 Case No. 20-41767-CN
Hidden Glen, LLC                                Chapter 11
       Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0971-4                                     User: kandersen                                        Page 1 of 2
Date Rcvd: Nov 12, 2020                            Form ID: 309F1                                        Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hidden Glen, LLC, 4014 Royal Arch Court, Concord, CA 94519-1225 |
| aty | + | Suhey Ramirez, Office of the United States Trustee, 280 South 1st St., San Jose, CA 95113-3000 |
| smg | + | Labor Commissioner, 1515 Clay St., Room 801, Oakland, CA 94612-1463 |
| ust | + | Office of the U.S. Trustee/Oak, Office of the United States Trustee, Phillip J. Burton Federal Building, 450 Golden Gate Ave. 5th Fl., #05-0153, San Francisco, CA 94102-3661 |
| 15233117 | + | Cash Payne, 1251 Stone Valley Rd, Alamo, CA 94507-2027 |
| 15233116 | + | Cash Payne, c/o Dawn Ceizler, Law Offices of Dawn Ceizler, 165 Lennon Lane, Ste 101, Walnut Creek, CA 94598-2409 |
| 15233118 | + | Contra Costa County Tax Collector, PO Box 631, Martinez, CA 94553-0063 |
| 15233119 | + | Cornerstone Earth Group, 1220 Oakland Blvd, #220, Walnut Creek, CA 94596-4388 |
| 15233121 | + | Dino's Concrete, Inc., 561 Mendota St, Brentwood, CA 94513-6374 |
| 15233120 | + | Dino's Concrete, Inc., c/o The Williams Firm, Douglas Poulin, 1850 Mt. Diablo Blvd, Ste 340, Walnut Creek, CA 94596-4447 |
| 15233123 | + | Golden State Foreclosure, 165 W. Hospitality Lane, #1, San Bernardino, CA 92408-3320 |
| 15233125 | + | Isreal and Samuels, LLP, 1615 Bonanza St, Ste 305, Walnut Creek, CA 94596-4531 |
| 15233126 | + | Kevin Hunter, 4014 Royal Arch Court, Concord, CA 94519-1225 |
| 15233128 | | LTV Private Equity Loan, 75280 Highway 111, #101, Indian Wells, CA 92210 |
| 15233127 | + | Lois Mowat, 19 Bates Blvd, Orinda, CA 94563-2813 |
| 15233129 | | PG & E, P.O. Box 99730, Sacramento, CA 95899 |
| 15233130 | + | Real Estate Financing, 19 Bates Blvd, Orinda, CA 94563-2813 |
| 15233131 | + | Rony Joseph, 26 Autum Trail Lane, Walnut Creek, CA 94595-1405 |
| 15233132 | + | Roscha & Odne, LLP, 2300 Clayton Road, #500, Concord, CA 94520-2156 |
| 15233133 | | United Contractor's Inc, c/o Mail Center, 9450 SW Gemini Dr, #7790, Beaverton, OR 97008-7105 |
| 15233134 | + | United Contractor's Inc., 25a Crescent Circle, #157, Pleasant Hill, CA 94523-5508 |
| 15233135 | #+ | United Contractors Inc., c/o Ernest Brown, Ernest Brown & Company, 244 California St, #200, San Francisco, CA 94111-4308 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: c.kuhner@kornfieldlaw.com | Nov 13 2020 04:36:00 | Chris D. Kuhner, Kornfield Nyberg Bendes Kuhner & Little, 1970 Broadway #600, Oakland, CA 94612 |
| smg | EDI: EDD.COM | Nov 13 2020 06:28:00 | CA Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | EDI: CALTAX.COM | Nov 13 2020 06:28:00 | CA Franchise Tax Board, Special Procedures Bankruptcy Unit, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | EDI: CALTAXFEE | Nov 13 2020 06:28:00 | State Board of Equalization, Collection Dept., P.O. Box 942879, Sacramento, CA 94279 |
| smg | EDI: IRS.COM | Nov 13 2020 06:28:00 | IRS, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15233122 | + EDI: CALTAX.COM | Nov 13 2020 06:28:00 | Franchise Tax Board, Bankruptcy Unit, P.O. Box 2952, Sacramento, CA 95812-2952 |

| | | |
|---|---|---|
| District/off: 0971-4 | User: kandersen | Page 2 of 2 |
| Date Rcvd: Nov 12, 2020 | Form ID: 309F1 | Total Noticed: 28 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15233124 | * | Internal Revenue Service, Insolvency Remittance, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2020          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Chris D. Kuhner | on behalf of Debtor Hidden Glen LLC c.kuhner@kornfieldlaw.com, g.michael@kornfieldlaw.com |
| Office of the U.S. Trustee/Oak | USTPRegion17.OA.ECF@usdoj.gov |
| Suhey Ramirez | on behalf of U.S. Trustee Office of the U.S. Trustee/Oak suhey.ramirez@usdoj.gov Patti.Vargas@UST.DOJ.GOV |

TOTAL: 3

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor | **Hidden Glen, LLC** <br> Name | EIN | 81–3851095 |
| United States Bankruptcy Court | California Northern Bankruptcy Court | Date case filed for chapter | 11   11/9/20 |
| Case number: | 20–41767 CN 11 | | |

Official Form 309F1 (For Corporations or Partnerships)
# Notice of Chapter 11 Bankruptcy Case                                                                                         02/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Hidden Glen, LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 4014 Royal Arch Court <br> Concord, CA 94519 | |
| 4. | **Debtor's attorney** <br> Name and address | Chris D. Kuhner <br> Kornfield Nyberg Bendes Kuhner & Little <br> 1970 Broadway #600 <br> Oakland, CA 94612 | Contact phone  (510) 763–1000 |
| 5. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case online at www.pacer.gov. | **Mailing Address:** <br> U.S. Bankruptcy Court <br> 450 Golden Gate Avenue <br> Mail Box 36099 <br> San Francisco, CA 94102 | Hours open: <br> Monday – Friday 9:00 am to 4:30 pm <br><br> Contact phone  (888) 821–7606 <br><br> Date: 11/12/20 |
| 6. | **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **December 14, 2020 at 11:30 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Via Tele/Videoconference** <br><br> Call in number/URL: 1–877–991–8832 <br> Passcode: 4101242 |
| | **Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government–issued photo identification and proof of social security number to the trustee at the meeting of creditors. If a debtor fails to appear, your case may be dismissed without further notice. | | |

**For more information, see page 2 >**

| | | |
|---|---|---|
| 7. | **Proof of claim deadline**<br><br>**For a bankruptcy case pending in the Northern District of California, a Proof of Claim may be filed electronically online at www.canb.uscourts.gov In the Quick Links section, click on "File an Electronic Proof of Claim."** | **Deadline for filing proof of claim:**<br><br>**For all creditors (except a governmental unit):**   1/19/21<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| 8. | **Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for filing the complaint:** |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| 11. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |