Coby Halavais, Esq., Bar # 237107
Email: *coby@halavaislaw.com*
**HALAVAIS & ASSOCIATES, APC**
1 Orchard Rd., Suite 110
Lake Forest, California 92630-8315
Tel.: (949) 305-8903
Fax.: (949) 305-8406

ATTORNEYS FOR INTERESTED PARTY
C&H Trust Deed Service

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: | Case No. 20-41767 |
| | Chapter 11 |
| HIDDEN GLEN, LLC, | |
| | **REQUEST FOR SPECIAL NOTICE** |
| Debtor. | |

TO THE HONORABLE COURT, DEBTOR AND THEIR ATTORNEYS OF RECORD, AND ALL OTHER INTERESTED PARTIES:

**PLEASE TAKE NOTICE** that pursuant to Bankruptcy Rule 2002 and other rules and provisions of Title 11 of the United States Code, the law firm of Halavais & Associates, APC, as attorneys for an interested party, hereby request special notice of all matters which must be noticed to creditors, the Creditor's Committee or other parties in interest and further requests inclusion in the mailing grid.

Copies of such documents should be sent to the following:

    Coby Halavais, Esq.
    **HALAVAIS & ASSOCIATES, APC**
    1 Orchard Rd., Suite 110
    Lake Forest, California 92630-8315
    E-mail: *coby@halavaislaw.com*

The foregoing request shall include, but not be limited to,

all notices of Orders, applications, complaints, demands, hearings, motions, petitions, pleadings, requests, and any and all other documents brought before the Court in this case, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, facsimile or otherwise.

**HALAVAIS & ASSOCIATES, APC**

DATED: November 17, 2020    By: /s/ Coby Halavais
　　　　　　　　　　　　　　　　Coby Halavais, Esq.
　　　　　　　　　　　　　　　　Attorney for Secured Creditor

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE

I, the undersigned, am employed in the County of Orange, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 1 Orchard Rd., Suite 110, Lake Forest, California 92630-8315.

On November 17, 2020, I served the foregoing document described as

**REQUEST FOR SPECIAL NOTICE**

on all interested parties in this action by placing for collection and mailing on the above date, following ordinary business practices, a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

*** PER ATTACHED MAILING LIST ***

[x] (By Mail) I am readily familiar with my employer's practice for collection and processing of correspondence and pleadings for mailing with the United States Postal Service. Under that practice, correspondence and pleadings are collected daily and deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Lake Forest, California in the ordinary course of business. I am aware that on motion of the parties served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing set forth in this affidavit.

[x] (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 17, 2020, at Lake Forest, California.

                                        /s/ Coby Halavais
                                        Coby Halavais

**SERVICE LIST**

Hidden Glen, LLC
4014 Royal Arch Court
Concord, CA 94519
(Debtor)

Chris D. Kuhner, Esq.
Kornfield, Nyberg, Bendes, Kuhner & Little
1970 Broadway #600
Oakland, CA 94612
(Debtor's counsel)

Office of the U.S. Trustee / Oak
Philip J. Burton Federal Building
450 Golden Gate Ave., 5th Floor #05-0153
San Francisco, CA 94102