Jen Lee Law, Inc.
Jen Grondahl Lee, No. 270012
Leo G. Spanos, No. 261837
Connie Tche, No. 255235
Amir Beg, No. 322363
111 Deerwood Road, Suite 200
San Ramon, California 94583
(925) 583-6738
jen@jenleelaw.com

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

In re:

HIDDEN GLEN, LLC

      Debtor,

Case No. 20-41767 CN

Chapter 11

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE FOR COUNSEL OF SECURED CREDITOR UNITED CONSTRUCTORS INC

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that the undersigned attorney hereby appears under FRBP 9010 for secured creditor United Constructors Inc. and requests that all notices be sent to:

    Jen Lee Law, Inc.
    Attn: Leo G. Spanos
    111 Deerwood Road, Suite 200
    San Ramon, California 94583
    Email: leo@jenleelaw.com

Dated: December 15, 2020            /s/ Leo G. Spanos
                                                   Counsel for United Constructors Inc

Case: 20-41767    Doc# 23    Filed: 12/16/20    Entered: 12/16/20 14:34:04    Page 2 of 2