UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE: HIDDEN GLEN, LLC | CASE NO: 20-41767<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 24 |

On 12/18/2020, I did cause a copy of the following documents, described below,

MOTION FOR APPROVAL OF USE OF CASH COLLATERAL ECF Docket Reference No. 24

DECLARATION OF KEVIN HUNTER IN SUPPORT OF MOTION FOR APPROVAL OF USE OF CASH COLLATERAL 25

NOTICE OF HEARING ON MOTION FOR APPROVAL OF USE OF CASH COLLATERAL 26

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/18/2020

/s/ Chris D. Kuhner
Chris D. Kuhner  173291
Attorneys for Debtor-In-Possession
Kornfield, Nyberg, Bendes, Kuhner & Little, P.C.
1970 Broadway, Suite 600
Oakland, CA  94612
510 763 1000

| | |
|---|---|
| IN RE: HIDDEN GLEN, LLC | CASE NO: 20-41767 |
| | **CERTIFICATE OF SERVICE** <br> **DECLARATION OF MAILING** |
| | Chapter: 11 <br> ECF Docket Reference No. 24 |

On 12/18/2020, a copy of the following documents, described below,

MOTION FOR APPROVAL OF USE OF CASH COLLATERAL ECF Docket Reference No. 24

DECLARATION OF KEVIN HUNTER IN SUPPORT OF MOTION FOR APPROVAL OF USE OF CASH COLLATERAL 25

NOTICE OF HEARING ON MOTION FOR APPROVAL OF USE OF CASH COLLATERAL 26

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/18/2020

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Chris D. Kuhner
Kornfield, Nyberg, Bendes, Kuhner & Little, P.C.
1970 Broadway, Suite 600
Oakland, CA 94612

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| FIRST CLASS | FIRST CLASS | CASE INFO |
|---|---|---|
| LEO G SPANOS<br>JEN LEE LAW<br>111 DEERWOOD ROAD SUITE 200<br>SAN RAMON CA 94583 | COBY HALAVAIS ESQ<br>HALAVAIS ASSOCIATES APC<br>1 ORCHARD RD SUITE 110<br>LAKE FOREST CA 92630 | LABEL MATRIX FOR LOCAL NOTICING<br>09714<br>CASE 20-41767<br>CALIFORNIA NORTHERN BANKRUPTCY COURT<br>OAKLAND<br>THU DEC 17 13-33-09 PST 2020 |
| CA EMPLOYMENT DEVELOPMENT DEPT<br>BANKRUPTCY GROUP MIC 92E<br>PO BOX 826880<br>SACRAMENTO CA 94280-0001 | CA FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES BANKRUPTCY UNIT<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | CASH PAYNE<br>1251 STONE VALLEY RD<br>ALAMO CA 94507-2027 |
| CASH PAYNE<br>CO DAWN CEIZLER<br>LAW OFFICES OF DAWN CEIZLER<br>165 LENNON LANE STE 101<br>WALNUT CREEK CA 94598-2409 | CONTRA COSTA COUNTY TAX COLLECTOR<br>PO BOX 631<br>MARTINEZ CA 94553-0063 | CORNERSTONE EARTH GROUP<br>1220 OAKLAND BLVD 220<br>WALNUT CREEK CA 94596-4388 |
| DEPARTMENT OF TREASURY<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | DINOS CONCRETE INC<br>561 MENDOTA ST<br>BRENTWOOD CA 94513-6374 | DINOS CONCRETE INC<br>CO THE WILLIAMS FIRM<br>DOUGLAS POULIN<br>1850 MT DIABLO BLVD STE 340<br>WALNUT CREEK CA 94596-4447 |
| FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | FRANCHISE TAX BOARD<br>BANKRUPTCY UNIT<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | GOLDEN STATE FORECLOSURE<br>165 W HOSPITALITY LANE 1<br>SAN BERNARDINO CA 92408-3320 |
| COBY R HALAVAIS<br>HALAVAIS AND ASSOCIATES<br>1 ORCHARD RD 110<br>LAKE FOREST CA 92630-8315 | DEBTOR<br>HIDDEN GLEN LLC<br>4014 ROYAL ARCH COURT<br>CONCORD CA 94519-1225 | CM/ECF E-SERVICE<br>KEVIN HUNTER<br>4014 ROYAL ARCH COURT<br>CONCORD CA 94519-1225 |
| CM/ECF E-SERVICE<br>KEVIN HUNTER<br>HIDDEN GLEN LLC<br>4014 ROYAL ARCH COURT<br>CONCORD CA 94519-1225 | IRS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | INTERNAL REVENUE SERVICE<br>INSOLVENCY REMITTANCE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

ISREAL AND SAMUELS LLP
1615 BONANZA ST STE 305
WALNUT CREEK CA 94596-4531

JAYME M ROJEE EMILY HICKS KELLI FINALE
3225 CLAYTON RD A
CONCORD CA 94519

~~EXCLUDE
CHRIS D KUHNER
KORNFIELD NYBERG BENDES KUHNER LITTLE
1970 BROADWAY 600
OAKLAND CA 94612-2210~~

LTV PRIVATE EQUITY LOAN
75280 HIGHWAY 111 101
INDIAN WELLS CA 92210

LABOR COMMISSIONER
1515 CLAY ST
ROOM 801
OAKLAND CA 94612-1463

LOIS MOWAT
19 BATES BLVD
ORINDA CA 94563-2813

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| NATHANIEL SOLOMAN WILLIAM EATON<br>CRISTIAN CH<br>3225 CLAYTON RD B<br>CONCORD CA 94519 | EXCLUDE<br>OFFICE OF THE US TRUSTEEOAK<br>OFFICE OF THE UNITED STATES TRUSTEE<br>PHILLIP J BURTON FEDERAL BUILDING<br>450 GOLDEN GATE AVE 5TH FL 05-0153<br>SAN FRANCISCO CA 94102-3661 | PG E<br>PO BOX 99730<br>SACRAMENTO CA 95899 |
| SUHEY RAMIREZ<br>OFFICE OF THE UNITED STATES TRUSTEE<br>280 SOUTH 1ST ST<br>SAN JOSE CA 95113-3000 | REAL ESTATE FINANCING<br>19 BATES BLVD<br>ORINDA CA 94563-2813 | RONY JOSEPH<br>26 AUTUM TRAIL LANE<br>WALNUT CREEK CA 94595-1405 |
| ROSCHA ODNE LLP<br>2300 CLAYTON ROAD 500<br>CONCORD CA 94520-2156 | LEONIDAS G SPANOS<br>JEN LEE LAW<br>111 DEERWOOD ROAD 200<br>SAN RAMON CA 94583-4445 | CALIFORNIA STATE BOARD OF EQUALIZATION<br>ACCOUNT REFERENCE GROUP MIC 29<br>P O BOX 942879<br>SACRAMENTO CA 94279-0029 |
| STOKLEY PROPERTIES INC<br>2300 CONTRA COSTA BLVD STE 260<br>PLEASANT HILL CA 94523-3918 | US ATTORNEY<br>CIVIL DIVISION<br>450 GOLDEN GATE AVE<br>SAN FRANCISCO CA 94102-3661 | CM/ECF E-SERVICE<br><br>UNITED CONSTRUCTORS INC<br>25A CRESCENT DRIVE 157<br>PLEASANT HILL CA 94523-5508 |
| UNITED CONTRACTORS INC<br>CO MAIL CENTER<br>9450 SW GEMINI DR 7790<br>BEAVERTON OR 97008-7105 | UNITED CONTRACTORS INC<br>25A CRESCENT CIRCLE 157<br>PLEASANT HILL CA 94523-5508 | UNITED CONTRACTORS INC<br>CO ERNEST BROWN<br>ERNEST BROWN COMPANY<br>244 CALIFORNIA ST 200<br>SAN FRANCISCO CA 94111-4308 |

THE FOLLOWING ENTITIES WERE SERVED VIA THE "CM/ECF E-SERVICE" THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF")SYSTEM.

(Creditor)
United Constructors Inc
25A Crescent Drive #157
Pleasant Hill, CA 94523
represented by:
Leonidas G. Spanos
Jen Lee Law
111 Deerwood Road #200
San Ramon, CA 94583

leo@jenleelaw.com

(Interested Party)
Stokley Properties, Inc.
2300 Contra Costa Blvd, Ste 260
Pleasant Hill, CA 94523

(U.S. Trustee)
Office of the U.S. Trustee/Oak
Office of the United States Trustee
Phillip J. Burton Federal Building
San Francisco, CA 94102
represented by:
Suhey Ramirez
Office of the United States Trustee
280 South 1st St.
San Jose, CA 95113

suhey.ramirez@usdoj.gov

(Interested Party)
Nathaniel Soloman, William Eaton
Cristian Chavez
3225 Clayton Rd, #B
Concord, CA 94519

(Interested Party)
Jayme M Rojee, Emily Hicks Kelli
Finale
3225 Clayton Rd, #A
Concord, CA 94519

(Interested Party)
Kevin Hunter
4014 Royal Arch Court
Concord, CA 94519

Kevin Hunter
Hidden Glen, LLC
4014 Royal Arch Court
Concord, CA 94519
(Responsible Ind)

kevinhunter@gmail.com

(Debtor)
Hidden Glen, LLC
4014 Royal Arch Court
Concord, CA 94519
Tax ID / EIN: 81-3851095
represented by:
Chris D. Kuhner
Kornfield Nyberg Bendes Kuhner &
Little
1970 Broadway #600
Oakland, CA 94612

c.kuhner@kornfieldlaw.com

(Interested Party)
C&H Trust Deed Service
represented by:
Coby R. Halavais
Halavais and Associates
1 Orchard Rd. #110
Lake Forest, CA 92630-8315

coby@halavaislaw.com