Jen Lee Law, Inc.
Jen Grondahl Lee, No. 270012
Leo G. Spanos, No. 261837
Connie Tche, No. 255235
Amir Beg, No. 322363
111 Deerwood Road, Suite 200
San Ramon, California 94583
(925) 586-6738
(925) 361-3114 (fax)
jen@jenleelaw.com

Attorney for Creditor United Constructors Inc.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>HIDDEN GLEN, LLC,<br><br>    Debtor. | Case No. 20-41767<br><br>Chapter 11 |

## PROOF OF SERVICE

I, the undersigned, certify that I am, and at all times hereinafter mentioned was, not less than 18 years of age and not a party to the above-captioned matter. I further certify that service of the following documents was made on December 31, 2020 in the manner described below:

**Documents Served**

    1.    Creditor's Opposition to Debtor's Motion to Use Cash Collateral

**Manner of Service**

  __X__  ECF (when documents were filed):

Office of the U.S. Trustee Oakland

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and that this Proof of Service was executed on December 31, 2020 at Walnut Creek, California.

/s/
LEO G. SPANOS, Attorney for
United Constructors Inc.