CLERK'S NOTICE RE Law and Motion Calendar via Zoom Webinar
HEARING TO BE CONDUCTED VIA VIDEO CONFERENCE on <u>**January 15, 2021 at 11:00 A.M.**</u>, will be conducted by Judge Charles Novack through Zoom Webinar.

**Please click the link below to join the webinar:**
https://www.zoomgov.com/j/1609055915?pwd=ZE9TLzdpN1Y3MGVINTl6KzNFZW5jdz09
**Passcode: 957579**

**Phone is listen only. You will not be able to appear on a matter.**
Dial (for higher quality, dial a number based on your current location):
US: +1 669 254 5252 or +1 669 216 1590 or +1 646 828 7666 or +1 551 285 1373
**Webinar ID: 160 905 5915**
**Passcode: 957579**
International numbers available: https://www.zoomgov.com/u/a1EjnzO4

*PLEASE READ FOR INSTRUCTIONS PRIOR TO HEARING*

All Parties (Debtors, Attorneys, Creditors) intending to appear, and be heard on matters on the calendar should NOT register with CourtCall as they had in the past.
All Parties (Debtors, Attorneys, Creditors) must wear business casual attire.
Attendee name MUST be entered as: Your Full Name, Case Number(s) and Line Item number(s).  **[e.g. Jane Doe, 20-XXXXX, #1]**
If your name is entered incorrectly, please exit the webinar to modify your name then rejoin.
For Security Purposes, you WILL NOT be permitted to appear if your Full name, Case Number(s) and Line Item Number(s) are not properly displayed.

*IMPORTANT NOTICE TO THE MEDIA AND PUBLIC*

Persons granted remote access to hearings and other proceedings held before the Court via Zoom or any other communication service are reminded that recording, photographing, rebroadcasting or retransmission of such proceedings (including streaming, screen-shots or any other audio or video reproduction) is absolutely prohibited by policy of the Judicial Conference of the United States.
A violation of these prohibitions is subject to sanctions, including but not limited to removal of court-issued media credentials, restricted access to future hearings, or any other sanctions deemed necessary by the Court. **⁕**
Please see https://www.canb.uscourts.gov/zoom/ for information on preparing for and participating in a Zoom Webinar. Counsel are instructed to familiarize themselves with and practice Zoom Webinar functions, and to test their internet, video, and audio capabilities prior to the hearing.

---

⁕ General Order 38 (Second Amended): Matters Pending In The Northern District of California In Re: Covid-19 Public Health Emergency, at paragraph 4; United States District Court, Northern District of California General Order 58, at paragraph III