Jen Lee Law, Inc.
Jen Grondahl Lee, No. 270012
Leo G. Spanos, No. 261837
Connie Tche, No. 255235
Amir Beg, No. 322363
111 Deerwood Road, Suite 200
San Ramon, California 94583
(925) 583-6738
jen@jenleelaw.com

Attorney for Creditor United Constructors Inc.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>HIDDEN GLEN, LLC<br><br>   Debtor,<br><hr>UNITED CONTRSTUCTORS INC.,<br><br>   Movant,<br><br>v.<br><br>HIDDEN GLEN, LLC | Case No. 20-41767 CN<br><br>Chapter 11<br><br>**DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>DATE: January 15, 2021<br>TIME: 11 a.m.<br>PLACE: Tele/Videoconference<br>U.S. BANKRUPTCY COURT<br><br>Honorable Charles Novack<br><br>Property: 3223 & 3225 Clayton Road, Concord, California 94521 |

**CASH PAYNE'S DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM STAY**

1

I, CASH PAYNE, President of United Constructors Inc ("UCI"), Secured Creditor in the above referenced matter, affirm under penalty of perjury that the following is true and correct to the best of my knowledge:

1. I am President of UCI, a position I have held since the business incorporated on July 13, 2016.
2. UCI is a California Corporation and duly licensed general contractor (CSLB License No. 1013861).
3. On or about August 9, 2018, UCI entered into a contract with Hidden Glen, LLC to perform work on the development of two duplexes located at 3223 & 3225 Clayton Road, Concord, California 94521 ("Properties").
4. On or about April 28, 2019, UCI entered into a second contract with Hidden Glen, LLC for additional work on the development of the Properties.
5. On or about February 2020, after one of the duplexes was completed and substantial work had been completed on the second, Hidden Glen, LLC terminated UCI.
6. UCI has a mechanics lien against the Properties for at least $612,829.07 and is thus, the senior lienholder against the Properties.
7. In addition to the mechanics lien, UCI has other claims against Hidden Glen, LLC.
8. Combining the mechanics lien and other claims, UCI has claims in excess of $1,277.853.02 against Hidden Glen, LLC.
9. On or about June 9, 2020, UCI filed a claim ("Claim") against Hidden Glen, LLC in Contra Costa County Superior Court. (Case No. C20-01044).

10. The Claim is for Breach of Written Contract, Breach of Oral Contract, Foreclosure of Mechanic's Lien, Negligent Misrepresentation, Abandonment/Quantum Merit, and Partnership.

11. On or about October 19, 2020, the Hidden Glen, LLC filed a cross-complaint ("Cross Complaint") against UCI for $1,065,000,

12. On November 9, 2020, the Hidden Glen, LLC filed a voluntary petition for Chapter 11 bankruptcy.

13. Hidden Glen, LLC is currently operating as a debtor-in-possession ("Debtor").

14. The Debtor listed the Properties in Schedule A/B.

15. The Debtor listed the Cross-Complaint against UCI as an asset in the amount of $1,065,00 on Schedule A/B.

16. UCI is also listed as a secured creditor for $612,829.07 on Schedule D.

17. The completed duplex is being rented under a residential lease for $6,190.

18. The uncompleted duplex is not generating income.

19. The Properties have a current market value of $2.6 million and are subject to liens totaling $2,821,383.35.

20. The Properties are earning $6,190 (based on the completed duplex) yet contractual monthly expenses, not including payment on UCI's lien, total $18,304.90.

21. On December 17, 2020, the Debtor filed a Motion for Approval of Use of Cash Collateral and scheduled a hearing for January 15, 2021 at 11 a.m.

22. On behalf of UCI, I approved an objection to the Debtor's Motion for Approval of Use of Cash Collateral and a Motion for Relief from Stay to be filed.

Doc ID: f30277bc70eba382882679fca76209c3afae052f

Declared in the city of <u>Alamo</u>, California on this <u>6</u> day of January, 2021.

**NAME: CASH PAYNE**

**SIGNATURE:** *[signature]*