CHRIS D. KUHNER, ESQ. (Bar No. 173291)
**KORNFIELD, NYBERG, BENDES, KUHNER & LITTLE P.C.**
1970 Broadway, Suite 600
Oakland, California 94612
Telephone: (510) 763-1000
Facsimile: (510) 273-8669
Email: c.kuhner@kornfieldlaw.com

Attorneys for Hidden Glen, LLC, Debtor-In-Possession

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| In re | Case No. 20-41767 CN |
|---|---|
| Hidden Glen, LLC, | Chapter 11 |
| Debtor. | **STATEMENT OF NON-OPPOSITION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |
| | Date: June 4, 2021<br>Time: 10:00 a.m. |
| | **VIA-TELE/VIDEOCONFERENCE** |

TO: UNITED CONSTRUCTORS INC. AND ITS ATTORNEYS' OF RECORD:

**PLEASE TAKE NOTICE** that Hidden Glen, LLC, Chapter 11 debtor-in-possession in the above-referenced case, do not and will not oppose the Motion for Relief from Stay filed by secured creditor United Constructors Inc. which is currently scheduled for hearing on June 4, 2021 at 10:00 a.m.

Statement of Non-Opposition
-1-

Dated: June 3, 2021    Kornfield, Nyberg, Bendes, Kuhner & Little, P.C.

By:/s/ Chris D. Kuhner
(Bar No. 173291)
Attorneys for Hidden Glen, LLC,
Debtor-In-Possession

# DECLARATION OF SERVICE

I, the undersigned, declare:

I am employed in the City of Oakland, County of Alameda, California. I am over the age of 18 years and not a party to this action. My business address is 1970 Broadway, Suite 600, Oakland, California 94612.

I am readily familiar with the business practices of my employer, Kornfield, Nyberg, Bendes, Kuhner & Little, P.C., for the collection and processing of correspondence for mailing with the United States Postal Service and that correspondence is deposited with the United States Postal Service that same day in the ordinary course of business unless indicated below by electronic service.

On June 3, 2021, I served the following documents:

**STATEMENT OF NON-OPPOSITION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

by placing copies of said documents in a sealed envelope and served in the manner described below addressed as follows:

| *Via-Electronic Service* | *Via-Electronic Service* |
|---|---|
| Office of the U.S. Trustee/Oak<br>Office of the United States Trustee<br>Phillip J. Burton Federal Building<br>450 Golden Gate Ave. 5th Fl.,<br>#05-00153<br>San Francisco, CA 94102 2 | Leonidas G. Spanos<br>Jen Lee Law<br>111 Deerwood Road #200<br>San Ramon, CA 94583 |

I placed such envelopes for collection and mailing at my employer's office following ordinary business practices, addressed to the addressee designated.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of June, 2021 at Danville, California.

/s/ Gail A. Michael